WILLIAM BROOKS and LOUIS BROOKS, Individually and as Copartners Trading as S. BROOKS SONS, and LENA BROOKS, Respondents, v. SIMENSKY & LEVY CORP., a Domestic Corporation, Appellant.— In a suit in equity to direct defendant to execute and deliver satisfactions of certain judgments and mortgages and to restrain defendant from enforcing and collecting the judgments and foreclosing the mortgages, there was judgment for the plaintiffs. Judgment unanimously

affirmed, with costs. No opinion. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.